RECEIVED
NOV 29 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 03-CR-20067-2 |
| -vs- | JUDGE DRELL |
| DEMOND JERED FOBBS | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation issued by the Magistrate Judge on October 19, 2018 and filed in the record in this case (Doc. 225) and after a de novo review of the record, noting the absence of objections filed by any party, and having determined that the proposed findings and recommendations of the Magistrate Judge are correct under applicable law and jurisprudence, it is hereby

ORDERED, ADJUDGED and DECREED that Petitioner's § 2255 petition is DENIED and this matter is to be TRANSFERRED to the United States Court of Appeals for the Fifth Circuit for determination of his eligibility for further relief under a successive petition.

THUS DONE AND SIGNED at Alexandria, Louisiana this 28th day of November, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT JUDGE